

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-0313 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| SEALED, | ) | |
| Defendant. | ) | |

## SEALING ORDER

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order the Court.

DATED: Aug 20, 2012

~~DALE A. DROZD~~ Kendall J. Newman
United States Magistrate Judge