```
BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )      Plaintiff, ) )   v. ) ) BRENT W. WILDER, ) MICHAEL J. HUDDLESTON, ) )      Defendants. ) _____) | NO. 2:12-CR-313 GEB<br><br>APPLICATION FOR ORDER UNSEALING FILES |

On August 30, 2012, an indictment was filed in the above-referenced case.  Since the defendants have now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment and this case be unsealed.

DATED: September 7, 2012

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                By:/s/ Jared C. Dolan
                                      JARED C. DOLAN
                                      Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   NO. 2:12-CR-313 GEB
                                 )
13      v.                       )   ORDER UNSEALING FILES
                                 )
14  BRENT W. WILDER,             )
    MICHAEL J. HUDDLESTON,       )
15                               )
            Defendants.          )
16  _____)
17
18      Upon application of the Government, and good cause appearing
    therefore, IT IS HEREBY ORDERED that the files in the above-
19
    referenced case be, and hereby are, UNSEALED.
20
    DATED: September 7, 2012
21
22              /s/ Gregory G. Hollows
             UNITED STATES MAGISTRATE JUDGE
23
```