SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MICHAEL HUDDLESTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>     v.                           )<br>                                  )<br> BRENT WILDER and                 )<br> MICHAEL HUDDLESTON,              )<br>                                  )<br>           Defendants.            )<br> _____ ) | CASE NO.  2:12-CR-00313 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br><br>DATE: December 14, 2012<br>TIME:  9:00 a.m.<br>COURT: Hon. Garland E. Burrell Jr. |

**<u>Stipulation</u>**

The government and defendants Michael Huddleston and Brent Wilder, through undersigned counsel, stipulate that the status conference, scheduled for December 14, 2012, may be continued to January 25, 2013, at 9:00 a.m.  This case involves approximately 2,800 pages of relevant discovery and many potential witnesses.  As such, the additional time requested in this stipulation is necessary so the defense counsel for each defendant can review the discovery and continue investigation.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  As such, the parties agree that time may be excluded from the speedy trial calculation

1

under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Michael Huddleston to sign this stipulation on their behalf.

DATED: December 11, 2012           BENJAMIN WAGNER
                                   United States Attorney

                          by   /s/ Scott N. Cameron, for
                               Jared Dolan
                               Assistant U.S. Attorney

DATED: December 11, 2012
                          by   /s/ Scott N. Cameron
                               Scott N. Cameron
                               Counsel for Michael Huddleston

DATED: December 11, 2012
                          by   /s/ Scott N. Cameron, for
                               Timothy Zindel
                               Counsel for Brent Wilder

### Order

Good cause appearing,

The status conference, scheduled for December 14, 2012, is continued to January 25, 2013, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: December 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2