SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MICHAEL HUDDLESTON


               IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00313 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| BRENT WILDER and MICHAEL HUDDLESTON, | DATE: March 15, 2013 |
| Defendants. | TIME:  9:00 a.m. |
| | COURT: Hon. Garland E. Burrell Jr. |

### Stipulation

The government and defendants Michael Huddleston and Brent Wilder, through undersigned counsel, stipulate that the status conference, scheduled for March 15, 2013, may be continued to April 26, 2013, at 9:00 a.m.  This case involves approximately 2,800 pages of relevant discovery and many potential witnesses.  As such, the additional time requested in this stipulation is necessary so the defense counsel for each defendant can review the discovery and continue investigation.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  As such, the parties agree that time may be excluded from the speedy trial calculation

1

under the Speedy Trial Act for counsel preparation, pursuant to 18
U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Michael
Huddleston to sign this stipulation on their behalf.


DATED: March 13, 2013              BENJAMIN WAGNER
                                   United States Attorney

                          by    /s/ Scott N. Cameron, for
                                Jared Dolan
                                Assistant U.S. Attorney

DATED: March 13, 2013
                          by    /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Michael Huddleston

DATED: March 13, 2013
                          by    /s/ Scott N. Cameron, for
                                Timothy Zindel
                                Counsel for Brent Wilder

### Order

The status conference, scheduled for March 15, 2013, is
continued to April 26, 2013, at 9:00 a.m.  The Court finds that the
ends of justice served by granting this continuance outweigh the best
interests of the public and the defendants in a speedy trial in this
case.  Time is excluded from the speedy trial calculation pursuant to
18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel
preparation.

Dated:  March 15, 2013


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2