HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRENT WILDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-00313 TLN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| BRENT WILDER and MICHAEL HUDDLESTON, | ) | |
| Defendants. | ) | Date: May 9, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Brent Wilder and Michael Huddleston, through undersigned counsel, that the status conference scheduled for May 9, 2013, may be continued to June 13, 2013, at 9:30 a.m.

   The government has advised counsel for defendant Wilder that it has additional discovery to provide this week. All parties seek additional time to review discovery and to complete their analysis of the case and their negotiations. The parties agree that the

1

1  additional time requested in this stipulation is necessary to the
2  effective resolution of the case.  The parties therefore agree that
3  the interests of justice to be served by a continuance outweigh the
4  best interests of the parties in a speedy trial.  The parties agree
5  that time under the Speedy Trial Act should be excluded from the
6  date of this order through the status conference on June 13, 2013,
7  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: May 6, 2013          */s/ T. Zindel for*
                                    JARED DOLAN
                                    Assistant U.S. Attorney

Dated: May 6, 2013          */s/ T. Zindel for*
                                    SCOTT N. CAMERON
                                    Counsel for Michael Huddleston

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: May 6, 2013          */s/ T. Zindel*
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Brent Wilder

/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference is continued to June 13, 2013, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

**IT IS SO ORDERED.**

Dated:  May 8, 2013

Troy L. Nunley
United States District Judge