HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRENT WILDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRENT WILDER and MICHAEL HUDDLESTON,<br><br>　　　　Defendants. | No. 2:12-CR-00313 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:　June 13, 2013<br>Time:　9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Brent Wilder and Michael Huddleston, through undersigned counsel, that the status conference scheduled for June 13, 2013, may be continued to July 11, 2013, at 9:30 a.m.

　　　Counsel for the government and for defendant Wilder are meeting this week to explore potential resolution of the case. Counsel for Wilder is then schedule to begin a jury trial that will impair his availability for approximately two weeks.  All parties

1

seek additional time to review discovery and to complete their analysis of the case and their discussions. The parties agree that the additional time requested in this stipulation is necessary to the effective resolution of the case. The parties therefore agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on July 11, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
United States Attorney

Dated:   June 10, 2013            */s/ T. Zindel for*
JARED DOLAN
Assistant U.S. Attorney


Dated:   June 10, 2013            */s/ T. Zindel for*
SCOTT N. CAMERON
Counsel for Michael Huddleston


                                              HEATHER E. WILLIAMS
Federal Defender

Dated:   June 10, 2013            */s/ T. Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Brent Wilder

/////

/////

/////

/////

2

**O R D E R**

The status conference is continued to July 11, 2013, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

**IT IS SO ORDERED.**

Dated: June 11, 2013

Troy L. Nunley
United States District Judge