SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007  7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230

Attorney for:
MICHAEL HUDDLESTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>BRENT WILDER and<br>MICHAEL HUDDLESTON,<br><br>                              Defendants, | CASE NO.  2:12-CR-00313 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, defendant

MICHAEL HUDDLESTON, by and through his counsel of record, Scott N. Cameron, and BRENT

WILDER, by and through his counsel of record, Timothy Zindel, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 19, 2013, at 9:30 a.m.

2.      By this stipulation, defendants now move to continue the status conference to October

24, 2013, at 9:30 a.m., and to exclude time between September 19, 2013, and October 24, 2013,

under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has produced approximately 2,830 pages of discovery to the defense.

1

b.      Respective counsel for each defendant desires additional time to review the document discovery, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

c.      All counsel have been involved in substantive settlement negotiations which are still in progress.

d.      Counsel for each defendant believes that failure to grant the above-requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.      The government does not object to the continuance.

f.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 19, 2013, to October 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**(THIS SPACE INTENTIONALLY LEFT BLANK)**

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the period

within which a trial must commence.

IT IS SO STIPULATED.

DATED:        September 17, 2013

                                    /s/ Jared Dolan_____
                                    JARED DOLAN
                                    Assistant United States Attorney

DATED:        September 17, 2013

                                    /s/ Scott Cameron
                                    SCOTT N. CAMERON
                                    Counsel for MICHAEL HUDDLESTON

DATED:        September 17, 2013

                                    /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
                                    Counsel for BRENT WILDER

**O R D E R**

IT IS SO FOUND AND ORDERED this 19th day of September, 2013.

_____
Troy L. Nunley
United States District Judge

3