UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 22, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT W. WILDER,<br><br>Defendant. | Case No. 2:12-CR-00313-01<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRENT W. WILDER ,

Case No. 2:12-CR-00313-01  Charge 18 U.S.C. § 3606 , from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Ordered released on the terms and conditions stated on the record.

Issued at Sacramento, California on September 22, 2016 at 9:50 AM.

By: _____
District Judge Troy L. Nunley