UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 1, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRENT W. WILDER,

    Defendant.

Case No. 2:12-CR-00313-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRENT W. WILDER__, Case No. __2:12-CR-00313-01__ Charge __18 U.S.C. § 3606__, from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

        ____ Unsecured Appearance Bond $ _____

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

        __X__ (Other): __Sentenced to a term of TIME SERVED.__

Issued at Sacramento, California on December 1, 2016 at 9:45 AM.

By: _____
District Judge Troy L. Nunley