HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
BRENT WILDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00313 TLN |
| Plaintiff, | |
| vs. | **RELEASE ORDER** |
| BRENT WILDER, | Judge: Hon. Troy L. Nunley |
| Defendant. | |

At a dispositional hearing on November 16, 2017, the Court revoked supervised release and sentenced Mr. Wilder to time served plus five days. The extra five days will be completed on Tuesday, November 21, 2017, and to facilitate his treatment in the community, the Court orders Mr. Wilder released from custody in the above case **by 9:00 a.m. on Tuesday, November 21, 2017.**

IT IS SO ORDERED.

Dated: November 20, 2017

_____
Troy L. Nunley
United States District Judge